IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, TIMOTHY P. DUNLAP, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and LARRY GROOT as Trustees of the LOCAL No. 731,I.B. of T., PRIVATE SCAVENGERS HEALTH and WELFARE FUND, <br><br>and<br><br>TERRENCE J. HANCOCK, JOHN LISNER, TIMOTHY P. DUNLAP, MICHAEL RICHARDSON, STEVE VOGRIN, and THOMAS J. YONKER as TRUSTEES of the LOCAL No. 731, I. B. of T., PRIVATE SCAVENGERS and GARAGE ATTENDANTS PENSION TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>UNION RECYCLING & WASTE SERVICES, INC., ARMOR RECYCLING, INC., AND ARMOR RECYCLING OF INDIANA, INC.,<br><br>Defendants. | Case No. 13-cv-08464 <br><br> Judge Samuel Der-Yeghiayan |

## PLAINTIFFS' MOTION FOR SUPPLEMENTAL JUDGMENT

Plaintiffs Terrence J. Hancock, Timothy P. Dunlap, John Lisner, Dale Bolt, Brad Webb, James Buik, Michael I. Richardson, and Edward DeNormandie as Trustees of Local No. 731, I.B. of T., Garage Attendants, Linen and Laundry Health and Welfare Fund and Terrence J. Hancock, John Lisner, Timothy P. Dunlap, Michael I. Richardson, Steve Vogrin, and Thomas J. Yonker as Trustees of Local No. 731, I.B. of T., Private Scavengers and Garage Attendants Pension Trust Fund (collectively, "Funds"), through their attorneys Dowd, Bloch, Bennett & Cervone, respectfully move this Court for a supplemental judgment. In support of the motion, the Funds state as follows:

1

1. This is an action to collect delinquent contributions, plus related interest, liquidated damages, and attorneys' fees, that Union Recycling & Waste Services, Inc. ("Union Recycling") failed to remit to the Funds, in violation of 29 U.S.C. § 1145 and 29 U.S.C. § 185.

2. On April 2, 2014, the Court entered a default judgment against Union Recycling, Armor Recycling, Inc., and Armor Recycling of Indiana, Inc., jointly and severally, in the amount of $118,566.62 Final Judm. Or. [Doc. No. 26].

3. The judgment against the Defendants included the attorneys' fees and costs incurred by the Funds as of March 25, 2014, which totaled $5,987.35. Final Judgm. Or.

4. The Funds have now incurred a total of $20,410.05 in attorneys' fees and costs as a result of the delinquency that is the subject matter of this litigation. Supp. Aff. Barr, a copy of which is attached hereto as Exhibit A, ¶¶ 10-12.

5. Thus, the Funds have incurred an additional $14,422.70 in attorneys' fees and costs that were not included in the judgment entered against the Defendants.

6. The Funds incurred those additional attorneys' fees and costs enforcing their judgment against the Defendants, which did not cooperate with the Funds' collections efforts and did not voluntarily remit any payments to the Funds to satisfy the judgment.

7. Specifically, the Funds' efforts to enforce the judgment have included citations to discover assets of the Defendants, third-party citations to discovery assets to forty-two entities, two motions for turnover, and communications with the Defendants. Supp. Aff. Barr ¶ 8.

8. The Funds anticipate incurring an additional $525.00 in attorneys' fees related to this case after the date of this motion. Supp. Aff. Barr ¶ 14.

9. Pursuant to 29 U.S.C. § 1132(g)(2), the Funds are entitled to the "reasonable attorney's fees and costs of [an] action" to collect delinquent contributions; the attorneys' fees

and costs that the Funds incurred enforcing their judgment directly resulted from this action and the Funds are therefore entitled to those additional fees and costs under 29 U.S.C. § 1132(g)(2).

WHEREFORE, the Funds respectfully move this Court to enter a supplemental judgment order for $14,947.70 in attorneys' fees and costs, in the form of the proposed order submitted to the Court.

                                        Respectfully submitted,

                                        /s/ Elizabeth L. Rowe
                                        Elizabeth L. Rowe
                                        Attorney for the Plaintiff

Jeremy M. Barr (ARDC# 6299047)
Josiah A. Groff (ARDC# 6289628)
David P. Lichtman (ARDC# 6290051)
Elizabeth L. Rowe (ARDC #6316967)
DOWD, BLOCH, BENNETT & CERVONE
8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361